# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| RANDY GUIDRY #356037 | CIVIL ACTION NO. 18-0646-P |
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| 15TH JUDICIAL DISTRICT COURT ET AL. | MAGISTRATE JUDGE HANNA |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2).

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this 11th day of October, 2018.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT